1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-000306-JLT-SKO

12                        Plaintiff,       STIPULATION AND ORDER REGARDING
                                           EXCLUDABLE TIME PERIODS UNDER SPEEDY
13             v.                          TRIAL ACT

14  HENRY TORRES, AND
15  THOMAS DOVER,

16
                          Defendants.
17

18                               **STIPULATION**
19
        Plaintiff United States of America, by and through its counsel of record, and defendant, by and
20
   through her counsel of record, hereby stipulate as follows:
21
        1.      By previous order, this matter was set for a status conference on March 19, 2025. Dkt.
22
   29.
23
        2.      By this stipulation, defendant now moves to continue the status conference and to
24
   exclude time between March 19, 2025, and June 18, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).
25
        3.      The parties agree and stipulate, and request that the Court find the following:
26
        a)      The government provided discovery to the defense counsel for Torres on January
27
   10, 2025, and defense counsel for Dover on January 8, 2025. The discovery in this case is
28
   extensive and voluminous because it involves a lengthy investigation and the interception of

   STIPULATION REGARDING EXCLUDABLE TIME            1
   PERIODS UNDER SPEEDY TRIAL ACT

1   multiple phones via wire and electronic intercepts for a period of 60 days.  Specifically, the FBI

2   initially intercepted two phone lines via electronic and wire communications for a period of 30

3   days and then extended to six phone lines for 30 days.  Additionally, the FBI began investigating

4   Henry Torres since May of 2023 and did numerous controlled purchases with him prior to

5   beginning the wire interceptions. Therefore, the discovery also consists of numerous FBI

6   investigation and surveillance reports as many warrants authored during the investigation.

7          b)      Because the discovery is voluminous, defense counsel requires more time to fully

8   review it and conduct their own investigation.

9          c)      The defendant asks the Court to exclude time between March 19, 2025, and June

10   18, 2025, to account for time to conduct their own investigation, discuss potential resolution of

11   the case via a plea agreement, and determine if this case needs to be set for trial, taking into

12   account the exercise of due diligence.

13          d)      The government does not object to the continuance.

14          e)      Based on the above-stated findings, the ends of justice served by continuing the

15   case as requested outweigh the interest of the public and the defendants in a trial within the

16   original date prescribed by the Speedy Trial Act.

17          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

18   et seq., within which trial must commence, the time period of March 19, 2025 to June 18, 2025,

19   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results

20   from a continuance granted by the Court at defendants' request on the basis of the Court's

21   finding that the ends of justice served by taking such action outweigh the best interest of the

22   public and the defendant in a speedy trial.

23   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

24   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

25   must commence.

26          IT IS SO STIPULATED.

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  March 12, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  March 12, 2025

/s/ MARSHALL HODGKINS
MARSHALL HODGKINS
Counsel for Defendant
THOMAS DOVER

Dated:  March 12, 2025

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
HENRY TORRES

**ORDER**

IT IS SO ORDERED.

DATED: 3/12/2025

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3