ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY TORRES, THOMAS DOVER, DUSTIN PHAPHON, AND FERNANDO VELASQUEZ,<br><br>Defendants. | Case Nos. 1:24-CR-306-JLT-SKO<br><br>STIPULATION TO REQUEST AN INTERVENING STATUS CONFERNCE HEARING OF JUNE 24, 2026, FOR DEFENDANTS HENRY TORRES, THOMAS DOVER, AND DUSTIN PHAPHON; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Karp, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant HENRY TORRES, Marshall Hodgkins, counsel for defendant THOMAS DOVER, and John Garland, counsel for DUSTIN PHAPHON, that the Court may place on calendar an intervening status conference hearing date of June 24, 2026, at 1:00 p.m., for those defendants to join the status conference hearing date and time currently set for co-defendant FERNANDO VELASQUEZ, represented by counsel Mark Coleman.

Counsel for the government and counsel for defendants HENRY TORRES, THOMAS DOVER, and DUSTIN PHAPHON, have no objection to the requested additional June 24, 2026, 1:00 p.m., hearing date.

Torres, Dover, Phaphon & Velasquez  / Stipulation and
Proposed Order

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: April 2, 2026                    /s/ Nicholas Karp
                                       NICHOLAS KARP
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: April 2, 2026                    /s/ Reed Grantham
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       HENRY TORRES


Date: April 2, 2026                    /s/ Marshall Hodgkins
                                       MARSHALL HODGKINS
                                       Attorney for Defendant
                                       THOMAS DOVER


Date: April 2, 2026                    /s/ John Garland
                                       JOHN GARLAND
                                       Attorney for Defendant
                                       DUSTIN PHAPHON


Date: April 2, 2026                    /s/ Mark Coleman
                                       MARK COLEMAN
                                       Attorney for Defendant
                                       FERNANDO VELASQUEZ

Torres, Dover, Phaphon & Velasquez  / Stipulation and
Proposed Order

2

**O R D E R**

GOOD CAUSING APPEARING, for co-defendants HENRY TORRES, THOMAS DOVER, and DUSTIN PHAPHON to be placed on calendar for the status conference hearing date and time currently set for co-defendant FERNANDO VELASQUEZ in case 1:24-CR-306-JLT-SKO, the Court hereby sets a status conference hearing date for June 24, 2026, at 1:00 p.m. in Courtroom 9, in the aforementioned matter as to co-defendants HENRY TORRES, THOMAS DOVER, and DUSTIN PHAPHON.   The Defendants are ordered to appear.

IT IS SO ORDERED.

Dated:   **April 2, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

Torres, Dover, Phaphon & Velasquez  / Stipulation and
Proposed Order

3